**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Yigal Bosch v. Braes Woods Condominium Association

Appellate case number:   01-12-01114-CV

Trial court case number: 1114592

Trial court:             295th District Court of Harris County

Date motion filed:       July 24, 2013

Party filing motion:     Appellant

    It is ordered that the motion for rehearing is **(X) DENIED (  ) GRANTED.**


Judge's signature: /s/ Jane Bland
                    Acting for the Court

Panel consists of: Justices Keyes, Higley, and Bland.


Date:  August 1, 2013